**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

**FILED**

APR 0 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re SEALC                        )   Case No. 2:11-SW-123 GGH
_____)

   Based on the application filed this date, said application, declaration, and order are hereby ordered SEALED.

Dated: April 6, 2011

_____
DALE A. DROZD
United States Magistrate Judge